## Jack Sommers, and William P. Kelly, Appellees, v. Jay E. Burns, Appellant.

### Gen. No. 46,411.

First District, Second Division.
February 15, 1955.
Released for publication March 7, 1955.

George Yellen, for appellant; Bernard McDevitt, for appellees. Opinion by JUSTICE ROBSON. **Not to be published in full.**